**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN LLP**
Neil S. Lerner (SBN 134031)
nlerner@cwlfirm.com
Edward A. Cosgrove (SBN 251621)
ecosgrove@cwlfirm.com
12011 San Vicente Blvd.
Suite 600
Los Angeles, CA 90049
Tel.: 310-440-0020
Fax.: 310-440-0015

Attorneys for Plaintiffs ACCELERANT SPECIALTY INSURANCE COMPANY; and TEXAS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY; and TEXAS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ACE MARINE, LLC; AJAY THAKORE; and Does 1-10,<br><br>Defendants. | Case No.: **'25CV2024 AJB KSC**<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**<br>**[Fed. R. Civ. P. 7.1; L.R. 40.2]** |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 40.2, Plaintiffs ACCELERANT SPECIALTY INSURANCE COMPANY; and TEXAS INSURANCE COMPANY hereby submit their Corporate Disclosure Statement, in support of their concurrently-filed Complaint for Declaratory Judgment Regarding a Marine Insurance Policy.

Plaintiff ACCELERANT SPECIALTY INSURANCE COMPANY is a corporation organized and existing under the laws of the State of Arkansas, with its office and principal place of business located in the State of Georgia, and is licensed to do business in the State of California, and in this judicial

///

-1-
PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
[L.R. 40.2]

Case No.:

district, as an insurer of marine risks. Upon information and belief, it has no parent companies, and no publicly held company owns 10% or more of its stock.

Plaintiff TEXAS INSURANCE COMPANY is a corporation organized and existing under the laws of the State of Texas, with its office and principal place of business located in the State of Nebraska, and is licensed to do business in the State of California, and in this judicial district, as an insurer of marine risks. Its parent companies are North America Casualty Co., and AU Holding Company, Inc. AU Holding Company, Inc. owns more than 10% of stock in TEXAS INSURANCE COMPANY.

Defendants reserve the right to amend this Statement in the event additional information becomes available.

Dated: August 4, 2025

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

By:  /s/ *Neil S. Lerner*
    Neil S. Lerner
    Edward A. Cosgrove
    Attorneys for Plaintiffs
    ACCELERANT SPECIALTY INSURANCE COMPANY; and TEXAS INSURANCE COMPANY

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
12011 San Vicente Boulevard
Suite 600
Los Angeles, CA  90049
TEL: 310-440-0020
FAX: 310-440-0015

-2-
PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
[L.R. 40.2]

Case No.: