UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MELINGONIS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE REALTY & INVESTMENTS, INC.,<br><br>Defendant. | Case No.: 25-cv-2042-AJB-KSC<br><br>**ORDER** |

On August 8, 2025, Plaintiff filed his Complaint in this action against Defendant Golden Gate Realty & Investments, Inc. (Doc. No. 1.) A summons was issued that same day. (Doc. No. 2.) On November 24, 2025, the Court issued an Order to Show Cause ("OSC") requiring Plaintiff to explain why service had not been effectuated within ninety (90) days as required by Federal Rule of Civil Procedure 4(m) and Civil Local Rule 4.1. (Doc. No. 4.)

On December 15, 2025, Plaintiff responded to the OSC. (Doc. No. 5.) The Court is satisfied that Plaintiff has been diligent in his attempts to serve his Complaint on Defendant. (*See id.*) Accordingly, for good cause shown, the Court extends Plaintiff's

deadline to serve Defendant. Plaintiff must effectuate service, and file a proof of service on the docket, on or before **January 15, 2026**. Failure to serve Defendant within this time may result in the Court dismissing this action without prejudice. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

**IT IS SO ORDERED**.

Dated:  December 22, 2025

Hon. Anthony J. Battaglia
United States District Judge